CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
    Attorney for State Defendant(s)
R. J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey   08625

By:  Kathryn Duran
     Deputy Attorney General
     (609)777-4861
     Kathryn.Duran@dol.lps.state.nj.us

              UNITED STATES DISTRICT COURT
          DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| ROCCO CREEL, THOMAS HAMILL, ADVOCATES FOR DISABLED AMERICANS, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CAMDEN VICINAGE |
| Plaintiff(s) | |
| | Docket No. 1:16-cv-02883-JBS-AMD |
| v. | |
| ROWAN UNIVERSITY, and ALI A. HOUSHMAND, | CIVIL ACTION |
| Defendant(s) | **NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(1) and 12(b)(6)** |

To:  WILLIAM T. WALSH, CLERK
     U.S. District Court, Camden Vicinage
     Mitchell H. Cohen Bldg. & U.S. Courthouse
     4th and Cooper Streets
     Camden, New Jersey   08101

     ANTHONY J. BRADY, ESQ.
     1 Rose Avenue, P.O. Box 19
     Maple Shade, New Jersey   08052

     PLEASE TAKE NOTICE that on October 17, 2016, the undersigned, Christopher S. Porrino, Attorney General of New

Jersey, by Kathryn E. Duran, Deputy Attorney General, as counsel for Defendants, Rowan University and Ali A. Houshmand, shall move before the Honorable Jerome B. Simadle, U.S.D.J., for entry of an Order to Dismiss the Complaint Pursuant to FED.R.CIV.P. 12(b)(1) and 12(b)(6).

    PLEASE TAKE NOTICE that the undersigned will rely on the attached brief in support of the motion.

    A proposed form of Order is attached hereto.

    Respectfully submitted,

    CHRISTOPHER S. PORRIO
    ATTORNEY GENERAL OF NEW JERSEY

By:   s/*Kathryn E. Duran*
    Kathryn E. Duran
    Deputy Attorney General