IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROCCO CREEL, THOMAS HAMILL, and ADVOCATES FOR DISABLED AMERICANS,<br><br>           Plaintiffs,<br><br>     v.<br><br>ROWAN UNIVERSITY and ALI A. HOUSHMAND,<br><br>           Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 16-2883 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court on Defendant's Motion to Dismiss [Docket Item 12]; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __**23rd**__ day of __**June**__, **2017** hereby

ORDERED that Defendant's Motion to Dismiss be and hereby is **GRANTED** with respect to Plaintiff Advocates for Disabled Americans (Count III) for lack of standing, and with respect to Counts I, II, and IV for failure to state a claim, which are dismissed without prejudice to the rights of Plaintiffs Creel

and Hamill to file an Amended Complaint curing the pleading deficiencies within twenty-one (21) days of the entry of this Order.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge
